B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of Minnesota**

In re   Lyman Lumber Company   Case No.  11-45191
Debtor(s)   Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Central States Pension Fund<br>9377 W Higgins Rd<br>Des Plaines, IL 60018 | Julie H. DeLoriea<br>Central States Pension Fund<br>9377 W Higgins Rd<br>Des Plaines, IL 60018<br>847.518.9800 | Pension Liability | | 7,004,056.43 |
| Scott Kevitt<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427 | Scott Kevitt<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427<br>763.535.6601 | Promissory Note | | 1,577,445.94 |
| Kevitt Excavating LLC<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427 | Scott Kevitt<br>Kevitt Excavating LLC<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427<br>763.535.6601 | Promissory Note | | 707,407.90 |
| Kevitt Excavating Inc.<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427 | Scott Kevitt<br>Kevitt Excavating Inc.<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427<br>763.535.6601 | Promissory Note | | 696,816.09 |
| Minnetonka Country Club, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331 | Bohdan Witrak<br>Minnetonka Country Club, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331<br>952.474.5222 | Promissory Note | | 590,660.45 |
| Ruth B. Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331 | Bohdan Witrak<br>Ruth B. Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331<br>952.474.5222 | Promissory Note | | 561,593.49 |
| Bohdan Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331 | Bohdan Witrak, et al<br>24575 Smithtown Rd<br>Shorewood, MN 55331<br>952.474.5222 | Promissory Note | | 508,618.07 |

B4 (Official Form 4) (12/07) - Cont.

In re   Lyman Lumber Company   Case No. 11-45191
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Annalee M. Hanson Rev Trust<br>6400 Greenbriar Ave<br>Excelsior, MN 55331 | Annalee Hanson<br>Annalee M. Hanson Rev Trust<br>6400 Greenbriar Ave<br>Excelsior, MN 55331<br>952.474.7678 | Promissory Note | | 454,439.43 |
| Manion's<br>7705 - 305Th St<br>St Cloud, MN 56303-9411 | Manion's<br>7705 - 305Th St<br>St Cloud, MN 56303-9411<br>800.826.7160 | Trade Vendor | | 436,370.83 |
| SVK Development LLC<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427 | Scott Kevitt<br>SVK Development LLC<br>3335 Pennsylvania Ave N<br>Crystal, MN 55427<br>763.535.6601 | Promissory Note | | 398,424.37 |
| Timothy J. Schoen<br>711 Ashley Dr<br>Chaska, MN 55318 | Timothy J. Schoen<br>711 Ashley Dr<br>Chaska, MN 55318<br>612.590.4339 | Promissory Note and Subordinated Debenture | | 393,407.24 |
| James William Scheible<br>8800 Cottonwood Ln<br>Eden Prairie, MN 55347 | James William Scheible<br>8800 Cottonwood Ln<br>Eden Prairie, MN 55347<br>952.937.1187 | Promissory Note and Subordinated Debenture | | 380,458.13 |
| Timothy G. Liester<br>26355 Oak Ridge Cir<br>Shorewood, MN 55331 | Timothy G. Liester<br>26355 Oak Ridge Cir<br>Shorewood, MN 55331<br>952.470.5202 | Promissory Note and Subordinated Debenture | | 343,514.07 |
| Dennis J. Amato<br>5 The Crow's Nest<br>Port Washington, NY 11050 | Dennis J. Amato<br>5 The Crow's Nest<br>Port Washington, NY 11050 | Promissory Note and Subordinated Debenture | | 320,787.12 |
| The J Amato GST Exempt Trust<br>Melanie D. Gutterson, Trustee<br>128 Tracy Ln<br>Alamo, CA 94507 | Melanie D. Gutterson, Trustee<br>The J Amato GST Exempt Trust<br>128 Tracy Ln<br>Alamo, CA 94507 | Promissory Note and Subordinated Debenture | | 320,787.10 |
| Lucille L. Rust<br>5650 Boone Ave N, Apt 416<br>New Hope, MN 55428 | Lucille L. Rust<br>5650 Boone Ave N, Apt 416<br>New Hope, MN 55428<br>763.533.7561 | Promissory Note | | 319,548.04 |
| Mariellen Waldron<br>55 Pine St #307<br>Edmonds, WA 98020 | Mariellen Waldron<br>55 Pine St #307<br>Edmonds, WA 98020 | Subordinated Debenture | | 312,674.02 |
| Jeff P & Barbara J Johnson<br>1512 Knob Hill Ln<br>Excelsior, MN 55331 | Jeff P & Barbara J Johnson<br>1512 Knob Hill Ln<br>Excelsior, MN 55331<br>952.975.4749 | Subordinated Debenture | | 271,890.42 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Lyman Lumber Company  
                Debtor(s)

Case No.  11-45191

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| John B. MacWherter Rev Trust<br>3670 Northome Rd<br>Wayzata, MN 55391 | John MacWherter<br>John B. MacWherter Rev Trust<br>3670 Northome Rd<br>Wayzata, MN 55391<br>952.473.3444 | Promissory Note | | 265,192.88 |
| Kim Nhung Nguyen<br>4315 Hadley Cir N<br>Oakdale, MN 55128 | Kim Nhung Nguyen<br>4315 Hadley Cir N<br>Oakdale, MN 55128 | Promissory Note | | 261,998.56 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 4, 2011

Signature  /s/ James E. Hurd  
James E. Hurd  
President & Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### District of Minnesota

In re: Lyman Lumber Company
Debtor(s)

Case No.: 11-45191
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 4, 2011

/s/ James E. Hurd
James E. Hurd/President & Chief Executive Officer
Signer/Title